IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 8:24-MJ-293 (GLF) |
| | ) | |
| v. | ) | **Order Designating Material Witness and Issuing Warrant** |
| | ) | |
| MAGNAT RAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America has applied to the Court for designation of GURCHAN SINGH as a material witness and for issuance of a material witness warrant to secure his presence for a deposition to perpetuate his testimony in accordance with the provisions of Title 18, United States Code, Section 3144, Rule 15 of the Federal Rules of Criminal Procedure, and Title 8, United States Code, Section 1324(d). It appearing that the testimony of said witness is material in this criminal proceeding, and it may become impracticable to secure the presence of said witness by subpoena, it is:

**ORDERED**, that the aforesaid person is a material witness in this proceeding and shall remain in custody of the United States Marshal until trial or until the witness provides a deposition.

Dated: July 9, 2024
Plattsburgh, New York

Hon. Gary L. Favro
United States Magistrate Judge