IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.   8:24-MJ-293 (GLF) |
| | ) | |
| v. | ) | MOTION TO VACATE |
| | ) | MATERIAL WITNESS WARRANT |
| MAGNAT RAM, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The government respectfully moves this Court to vacate the material witness warrant for Gurchan Singh (the "material witness") in the above-captioned case.

On July 9, 2024, the material witness pled guilty to the charge pending against him and the Court designated him a material witness in the above-captioned proceeding. Earlier today, the material witness was deposed. After the deposition, counsel for the defendant did not make any objection to vacating the material witness warrant.

WHEREFORE, the United States Attorney moves the Court for an order vacating the warrant naming Gurchan Singh as a material witness in the above-captioned case.

Dated: July 23, 2024                        Respectfully submitted,

                                            CARLA B. FREEDMAN
                                            United States Attorney

                                    By:     */s/ Joshua R. Rosenthal*
                                            Joshua R. Rosenthal
                                            Assistant United States Attorney
                                            Bar Roll No. 700730

**IT IS SO ORDERED.**

_July 23_____, 2024
Plattsburgh, New York

                                            Hon. Gary L. Favro
                                            United States Magistrate Judge